# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 04-1333


SUSAN LYNN MURPHY

VERSUS

PATRICK MURPHY


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-1809
HONORABLE GUY E. BRADBERRY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## MARC T. AMY
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

**AFFIRMED.**


**M. Steven Beverung**
**Book and Beverung**
**620 Esplanade Street, Suite 103**
**Lake Charles, LA 70607-6363**
**(337) 478-8706**
**COUNSEL FOR DEFENDANT/APPELLANT:**
**Susan Lynn Murphy**

**Walter M. Sanchez**
**Lorenzi & Sanchez, L.L.P.**
**518 Pujo Street**
**Post Office Box 3305**
**Lake Charles, LA 70602-3305**
**(337) 436-8401**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Patrick Murphy**

AMY, Judge.

For the reasons assigned this day in the companion case of *Murphy v. Murphy*, 04-1332 (La.App. 3 Cir. _/_/05), __ So.2d __, this matter is affirmed. All costs of this appeal are assigned to the plaintiff, Susan Murphy.

**AFFIRMED.**